SLIP OPINION

Cite as 2015 Ark. App. 13

# ARKANSAS COURT OF APPEALS

DIVISION II
No. CR-14-377

| | |
|---|---|
| LAQUAY MARQUICE KINDLE<br>APPELLANT | **Opinion Delivered** January 14, 2015 |
| | APPEAL FROM THE JOHNSON COUNTY CIRCUIT COURT [NO. CR-2012-102] |
| V. | |
| | HONORABLE BILL PEARSON, JUDGE |
| STATE OF ARKANSAS<br>APPELLEE | AFFIRMED; MOTION TO WITHDRAW GRANTED |

**PHILLIP T. WHITEAKER, Judge**

Laquay Kindle appeals from an order of the Johnson County Circuit Court revoking his probation on two felonies and sentencing him to seventy-two months in the Arkansas Department of Correction. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), and Arkansas Supreme Court Rule 4-3(k) (2013), Kindle's attorney has filed a no-merit brief and a motion to withdraw, addressing all of the adverse rulings made at the revocation hearing, explaining why each adverse ruling is not a meritorious ground for reversal, and requesting to be relieved as counsel. Kindle was provided with a copy of his counsel's brief and motion and informed of his right to file pro se points. He has not done so.

The test for filing a no-merit brief is not whether there is any reversible error, but rather whether an appeal would be wholly frivolous. *Gaines v. State*, 2014 Ark. App. 651;

*Tucker v. State*, 47 Ark. App. 96, 885 S.W.2d 904 (1994). We have reviewed the entire record and counsel's brief and conclude that Kindle's counsel has adequately explained why there is no meritorious issue on appeal. Therefore, pursuant to sections (a) and (b) of *In re Memorandum Opinions*, 16 Ark. App. 301, 700 S.W.2d 63 (1985), we issue this memorandum opinion granting counsel's motion to be relieved and affirming the circuit court's revocation.

Affirmed; motion to withdraw granted.

GLADWIN, C.J., and HIXSON, J., agree.

*John C. Burnett*, for appellant.

No response.